IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| NEIL A. and KATHERINE M. OLIVER, | ) | Case No. 07 B 00135 |
| | ) | |
| Debtor(s). | ) | Judge Manuel Barbosa |

### TRUSTEE'S FINAL REPORT

To:   THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

NOW COMES Charles J. Myler, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.   The Petition commencing this case was filed on January 7, 2007. Charles J. Myler was appointed Trustee on January 7, 2007. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of November 30, 2007 is as follows:

    a.    RECEIPTS (See Exhibit C)    $7,253.46

    b.    DISBURSEMENTS (See Exhibit C)    $0.00

    c.    NET CASH available for distribution    $7,253.46

    d.    TRUSTEE/PROFESSIONAL COSTS:

        1.    Trustee compensation requested    $1,475.35
            (See Exhibit E)
        2.    Trustee Expenses (See Exhibit E)    $6.05
        3.    Compensation requested by
            attorney or other professionals
            for trustee (See Exhibit F)    $2,190.00

5.     The Bar Date for filing unsecured claims expired on May 10, 2007.

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. (See Exhibit D) The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a.    Allowed unpaid secured claims    $0.00

    b.    Chapter 7 administrative and
           28 U.S.C. §1930 claims    $3,671.40

    c.    Allowed Chapter 11 administrative claims    $0.00

    d.    Allowed priority claims    $0.00

    e.    Allowed unsecured claims    $24,738.12

7.     Trustee proposes that unsecured creditors receive a distribution of 14.479% of allowed claims.

8.     Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorney's, accountant's, or other professional's compensation requested but not yet allowed is $2,190.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $2,190.00. (See Exhibit G).

9.      A fee of $1,200.00 was paid to debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: December 7, 2007

/s/ Charles J. Myler
Charles J. Myler, ARDC# 2008602
105 E. Galena Blvd., 8th Floor
Aurora, IL 60505
(630) 897-8475

3

## TASKS PERFORMED BY TRUSTEE

Based upon the schedules the trustee investigated an inventory of water control items which were held by the debtor. It eventually turned out that these were dated items which could not be sold and the trustee abandoned them. Trustee learned that a tax refund had been paid to the debtors and trustee eventually collected the refund from them. Trustee hired and cooperated with the attorneys for trustee in checking claims and preparing the final report and closing the estate. Trustee estimates that approximately 5 hours of trustee time were spent in this matter.

EXHIBIT A

Page: 1

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Case Number: 07-00135
Case Name: OLIVER, NEIL A
OLIVER, KATHLEEN M
Period Ending: 11/30/07

Trustee: (330510)   CHARLES J. MYLER
Filed (f) or Converted (c): 01/04/07 (f)
§341(a) Meeting Date: 02/05/07
Claims Bar Date: 05/10/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Homestead real estate | 390,000.00 | 390,000.00 | DA | | FA |
| 2 | Checking account | 250.00 | 250.00 | DA | 0.00 | FA |
| 3 | Household goods | 3,075.00 | 3,075.00 | DA | 0.00 | FA |
| 4 | Books, pictures, collectibles | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 5 | Wearing apparel | 600.00 | 600.00 | DA | 0.00 | FA |
| 6 | Furs and jewelry | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 7 | Guns | 2,360.00 | 2,360.00 | DA | 0.00 | FA |
| 8 | Term life insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 401K | 800.00 | 800.00 | DA | 0.00 | FA |
| 10 | Amoco pension plan | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | 100 shares of Pure Choice stock | 35,000.00 | 35,000.00 | DA | 0.00 | FA |
| 12 | 2005 Jeep Grand Cherokii | 26,000.00 | 26,000.00 | DA | 0.00 | FA |
| 13 | 2000 Ford Explorer | 7,000.00 | 7,000.00 | DA | 0.00 | FA |
| 14 | Computer desk, supplies | 800.00 | 800.00 | DA | 0.00 | FA |
| 15 | 2 cats | Unknown | 0.00 | DA | 0.00 | FA |
| 16 | Water filtration equipment | 0.00 | 500.00 | DA | 0.00 | FA |
| 17 | Tax refund | 7,000.00 | 7,000.00 | | 7,250.00 | FA |
| 18 | Exercise equipment | 300.00 | 300.00 | DA | 0.00 | FA |

EXHIBIT B

Printed: 12/07/2007 12:47 PM   V.9.55

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-00135
**Case Name:** OLIVER, NEIL A
OLIVER, KATHLEEN M
**Period Ending:** 11/30/07

**Trustee:** (330510)  CHARLES J. MYLER
**Filed (f) or Converted (c):** 01/04/07 (f)
**§341(a) Meeting Date:** 02/05/07
**Claims Bar Date:** 05/10/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Musical instruments | 500.00 | 500.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.46 | Unknown |
| 20 | **Assets** Totals (Excluding unknown values) | **$476,685.00** | **$477,185.00** | | **$7,253.46** | **$0.00** |

**Major Activities Affecting Case Closing:**
Trustee cannot sell water filtration equipment; has received first installment of tax refund from debtors

Initial Projected Date Of Final Report (TFR):  June 30, 2007   Current Projected Date Of Final Report (TFR):  June 30, 2007

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 07-00135
**Case Name:** OLIVER, NEIL A; OLIVER, KATHLEEN M
**Taxpayer ID #:** 13-7577978
**Period Ending:** 11/30/07

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***_*****44-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/21/07 | {17} | Kate Oliver | Partial repayment on tax refund | 1124-000 | 1,250.00 | | 1,250.00 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.06 | | 1,250.06 |
| 10/15/07 | {17} | Neil Oliver | Reimbursement of tax refund | 1124-000 | 4,000.00 | | 5,250.06 |
| 10/24/07 | {17} | Neil Oliver | To correct NSF entry of 11/8 to match bank NSF date entry | 1124-000 | -4,000.00 | | 1,250.06 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.23 | | 1,251.29 |
| 11/08/07 | {17} | Neil Oliver | to reverse previous NSF adjustment to correct ledger date | 1124-000 | 4,000.00 | | 5,251.29 |
| 11/08/07 | {17} | Neil Oliver | NSF check | 1124-000 | -4,000.00 | | 1,251.29 |
| 11/14/07 | {17} | Neil Oliver | Payment towards tax refund | 1124-000 | 6,000.00 | | 7,251.29 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 2.17 | | 7,253.46 |
| | | | **ACCOUNT TOTALS** | | 7,253.46 | 0.00 | $7,253.46 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 7,253.46 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $7,253.46 | $0.00 | |



EXHIBIT

{} Asset reference(s)

Printed: 12/07/2007 12:47 PM V.9.55

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 07-00135
**Case Name:** OLIVER, NEIL A
OLIVER, KATHLEEN M
**Taxpayer ID #:** 13-7577978
**Period Ending:** 11/30/07

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***_*****44-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |

| | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | | |
| MMA # ***_*****44-65 | | | 7,253.46 | 0.00 | 7,253.46 |
| | | | $7,253.46 | $0.00 | $7,253.46 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| NEIL A. and KATHLEEN M. OLIVER, | ) | Case No. 07 B 00135 |
| | ) | |
| Debtors. | ) | Judge Manuel Barbosa |

## DISTRIBUTION REPORT

I, Charles J. Myler, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $3,671.40 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $3,582.06 |
| Other: | $0.00 |
| | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $7,253.46 |

EXHIBIT D

5

## DISTRIBUTION REPORT

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $3,671.40 | 100 |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| Charles J. Myler, Trustee | $1,475.35 | $1,475.35 |
| Charles J. Myler, Expenses | 6.05 | 6.05 |
| Myler, Ruddy & McTavish | 2,190.00 | 2,190.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,000 (less applicable withholdings) | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

| | TOTAL | FINAL |

| | | |
|---|---|---|
| **5. TYPE OF CLAIMS**<br>§507(a)(4) - Contributions to Employee Benefit Plans | **AMOUNT OF CLAIMS**<br>$0.00 | **DIVIDEND %** |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM**<br>$ | **AMOUNT OF DIVIDEND**<br>$ |
| **6. TYPE OF CLAIMS**<br>§507(a)(5) - Farmers' and Fishermans' claims to the extent of $2,000 | **TOTAL AMOUNT OF CLAIMS**<br>$0.00 | **FINAL DIVIDEND %** |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM**<br>$ | **AMOUNT OF DIVIDEND**<br>$ |
| **7. TYPE OF CLAIMS**<br>§507(a)(6) - Deposits by consumers to the extent of $900 | **TOTAL AMOUNT OF CLAIMS**<br>$0.00 | **FINAL DIVIDEND %** |
| **CLAIM NO.  CREDITOR** | **AMOUNT ALLOWED CLAIM**<br>$ | **AMOUNT OF DIVIDEND**<br>$ |
| **8. TYPE OF CLAIMS**<br>§724(b) - Tax Liens | **TOTAL AMOUNT OF CLAIMS**<br>$0.00 | **FINAL DIVIDEND %** |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM**<br>$ | **AMOUNT OF DIVIDEND**<br>$ |
| **9. TYPE OF CLAIMS**<br>§507(a)(7) - Tax claims excluding fines and penalties | **TOTAL AMOUNT OF CLAIMS**<br>$0.00 | **FINAL DIVIDEND %** |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
| **10. TYPE OF CLAIMS**<br>§507(a)(8) - Capital Commitments to FDIC, et al. | **TOTAL AMOUNT OF CLAIMS**<br>$0.00 | **FINAL DIVIDEND %** |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|---|

| 11. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid *pro-rata* after costs of administration and priority claims are paid in full) | | $24,738.12 | 14.479 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1. | Recovery Mngment Systems | $2,337.30 | $338.44 |
| 2. | Roundup Funding LLC | $139.29 | $20.17 |
| 3. | Recovery Mngment Systems | $1,189.00 | $172.17 |
| 4amnd | HSBC | $11,860.01 | $1,717.31 |
| 5. | CapitalOne Bank | $1,386.45 | $200.76 |
| 6. | Capital One Bank | $678.18 | $98.20 |
| 7. | Capital One Bank | $1,388.63 | $201.07 |
| 8. | Capital One Bank | $2,274.94 | $329.41 |
| 9. | Coman & Anderson | $996.50 | $144.29 |
| 10. | American Express | $10.00 | $1.45** |
| 11. | LVNV Funding | $2,477.82 | $358.79 |

** To be paid to Bankruptcy Court Clerk

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims. | $50,628.64 | 0 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 12. | CitiFinancial | $50,6278.64 | $0 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|---|

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest (___% from date of filing to anticipated date of distribution | $0.00 | |

(_____)

**CLAIM NO.  CREDITOR**    **AMOUNT OF ALLOWED CLAIM** $    **AMOUNT OF DIVIDEND** $

**15. TYPE OF CLAIMS**    **TOTAL AMOUNT OF CLAIMS**    **FINAL DIVIDEND %**
§726(a)(6) - Surplus to Debtor    $0.00

**CLAIM NO.  CREDITOR**    **AMOUNT OF ALLOWED CLAIM** $    **AMOUNT OF DIVIDEND** $

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: December 7, 2007

Charles J. Myler, Trustee, ARDC# 2008602

9