UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| NEIL A. and KATHLEEN M. OLIVER, | ) | Case No. 07 B 00135 |
| | ) | |
| *Debtor(s).* | ) | Judge Manuel Barbosa |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: Kane County Courthouse, 100 S. Third St., Courtroom 140, Geneva, IL 60134

    On: **April 24, 2008**           Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transaction such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $7,253.46 |
    | Disbursements | $0.00 |
    | Net Cash Available for Distribution | $7,253.46 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Charles J. Myler, Trustee | $0.00 | $1,475.35 | $6.05 |
    | Myler, Ruddy & McTavish, Attorneys for trustee | $0.00 | $2,190.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be $0.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $24,738.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 14.479%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1. | Recovery Mngment Systems | $2,337.30 | $338.44 |
| 2. | Roundup Funding LLC | $139.29 | $20.17 |
| 3. | Recovery Mngment Systems | $1,189.00 | $172.17 |
| 4amnd | HSBC | $11,860.01 | $1,717.31 |
| 5. | CapitalOne Bank | $1,386.45 | $200.76 |
| 6. | Capital One Bank | $678.18 | $98.20 |
| 7. | Capital One Bank | $1,388.63 | $201.07 |
| 8. | Capital One Bank | $2,274.94 | $329.41 |
| 9. | Coman & Anderson | $996.50 | $144.29 |
| 10. | American Express | $10.00 | $1.45** |
| 11. | LVNV Funding | $2,477.82 | $358.79 |

** To be paid to Bankruptcy Court Clerk

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn St., 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The trustee proposes to abandon the following property at the hearing:

Dated: **March 13, 2008**                                                                                                       For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn St., 7th Floor
Chicago, IL 60604

Trustee:   Charles J. Myler, ARDC#2008602
Address:   105 E. Galena Blvd., 8th Floor
           Aurora, IL 60505
Phone:     630-897-847

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Mar 13, 2008
Case: 07-00135                 Form ID: pdf002              Total Served: 75

The following entities were served by first class mail on Mar 15, 2008.
db            NEIL A OLIVER,   231 Wakefield Lane,   Geneva, IL 60134-1010
jdb           KATHLEEN M OLIVER,   231 Wakefield Lane,   Geneva, IL 60134-1010
aty          +Richard L Hirsh,   Richard L Hirsh & Associates PC,   1500 Eisenhower Lane,   Suite 800,
              Lisle, IL 60532-2135
tr           +Charles J Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
              Aurora, IL 60505-3338
11092601     +AMEX,   PO BOX 297871,   FORT LAUDERDALE, FL 33329-7871
11092600     +AMEX,   P O BOX 297871,   FORT LAUDERDAL, FL 33329-7871
11092603     +AT&T,   Bill Payment Center,   Saginaw, MI 48663-0001
11092605      AT&T,   P.O. Box 9001309,   Louisville, KY 40290-1309
11092604      AT&T,   P.O. Box 8100,   Aurora, IL 60507-8100
11092606      AT&T Long Distance,   P.O. Box 5075,   Saginaw, MI 48605-5075
11135569     +Allstate Insurance,   75 Executive Parkway,   Hudson OH 44237-0002
11261973      American Express Travel Related Services Co, Inc,   c/o Becket and Lee LLP,   POB 3001,
              Malvern PA 19355-0701
11092602     +Amex,   ATTN: Bankruptcy Department,   16 Genral Warren Blvd.,   Malvern, PA 19355-1245
11092607     +Bank of America,   P.O. Box 15726,   Wilmington, DE 19886-5726
11092608     +Best Buy Co, Inc.,   Corporate Headquarters,   P.O. Box 9132,   Minneapolis, MN 55480-9132
11092609     +Best Buy Corporate,   Corporate Campus,   7601 Penn Avenue South,   Minneapolis, MN 55423-3645
11092610     +Bruce Oliver,   4120 Pine Meadows Way,   Pebble Beach, CA 93953-3021
11092611     +CAPITAL 1 BK,   11013 W BROAD ST,   GLEN ALLEN, VA 23060-5937
11092618     +CITGO OIL/CITIBANK,   P.O. BOX 6003,   HAGERSTOWN, MD 21747-6003
11092621     +CITIBANK NA,   PO BOX 769006,   SAN ANTONIO, TX 78245-9006
11092612      Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
11092614      Capital One Bank,   P.O. Box 70884,   Charlotte, NC 28272-0884
11198118     +Capital One Bank,   c/o Tsys Debt Mgmt,   PO Box 5155,   Norcross, GA 30091-5155
11092615      Capital One Bank,   P.O. Box 60024,   City Of Industry, CA 91716-0024
11092613      Capital One Bank,   P.O. Box 60067,   City Of Industry, CA 91716-0067
11092616      Cingular Wireless,   P.O. Box 6428,   Carol Stream, IL 60197-6428
11092617     +Citgo,   Processing Center,   Des Moines, IA 50362-0001
11557029      CitiFinancial, Inc.,   P.O. Box 70919,   Charlotte, NC 28272-0919
11092619     +Citibank,   P.O. Box 6000,   The Lakes, NV 89163-0001
11092620     +Citibank,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
11092622     +Citifinancial,   P.O. Box 499,   HANOVER, MD 21076-0499
11092623     +Citifinancial,   939 Oak Street,   North Aurora, IL 60542-1579
11092624     +Coman & Anderson, P.C.,   2525 Cabot Dr., Suite 300,   Lisle, IL 60532-0916
11135568      Comcast,   1711 Cabot Drive Ste 300,   Batavia IL 60510
11092625      Delnor Community Hospital,   Mail Processing Center,   P.O. Box 739,   Moline, IL 61266-0739
11092626     +Delnor-Community Health Systems,   300 Randall Road,   Geneva, IL 60134-4202
11092627     +Edward Hospital,   c/o Merchants CR,   223 W. Jackson St.,   SUite 900,   CHICAGO, IL 60606-6912
11092628     +Edward Hospital,   P.O. Box 4207,   Carol Stream, IL 60197-4207
11092630     +Edwards Hospital,   801 S. Washington,   Naperville, IL 60540-7499
11092629     +Edwards Hospital,   c/o Merchants CR,   223 W. Jackson St., Suite 900,   CHICAGO, IL 60606-6912
11092632      GAP,   P.O. Box 530942,   Atlanta, GA 30353-0942
11092633     +GEMB/GAP,   P.O. BOX 981400,   EL PASO, TX 79998-1400
11092631      Gap,   100 Gap Online Drive,   Grove City, OH 43123
11092634     +HSBC AUTO,   6602 CONVOY CT,   SAN DIEGO, CA 92111-1009
11181165     +HSBC Auto Finance,   PO box 829009,   Dallas Tx 75382-9009
11092635     +HSBC/BSTBY,   P.O. Box 15521,   WILMINGTON, DE 19850-5521
11135567     +HSBC/BSTBY,   Best Buy Co Inc,   Corporate Headquarters,   P O Box 9132,
              Minneapolis MN 55480-9132
11092598      ILL. DEPT. REVENUE,   PO BOX 64338,   Chicago, IL 60664-0338
11092597    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: IRS,   STOP 5013CHI,   230 S. DEARBORN ST.,   Chicago, IL 60604)
11092638     +JC PENNEY,   P.O. BOX 981402,   EL PASO, TX 79998-1402
11092639      JC Penny,   P.O. Box 960001,   Orlando, FL 32896-0001
11092636      James K. Packer,   801 West Jackson St.,   Naperville, IL 60540
11092637     +James Wilson Trust,   234 N. Adams St.,   Hinsdale, IL 60521-3126
11092640     +MBNA,   ATTN: Bankruptcy Department,   P.O. Box 15019,   Wilmington, DE 19886-5019
11092641     +MBNA AMERICA BANK,   P.O. Box 17054,   WILMINGTON, DE 19884-0001
11092642     +NICOR GAS,   1844 FERRY ROAD,   NAPERVILLE, IL 60563-9600
11092643     +Northwest News Group,   P.O. Box 250,   Crystal Lake, IL 60039-0250
11172444     +Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY CREDIT SERVICES,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11173305     +Recovery Management Systems Corporation,   For GE Money Bank,   dba GAP,   25 SE 2nd Ave Ste 1120,
              Miami FL 33131-1605
11092644     +Suburban Gastroenterology,   c/o IC System,   P.O. Box 64378,   SAINT PAUL, MN 55164-0378
11092647     +TNB - TARGET,   P.O. BOX 673,   MINNEAPOLIS, MN 55440-0673
11172757     +Target National Bank,   TARGET,   c/o Weinstein & Riley, P.S.,   2101 Fourth Ave., Suite 900,
              Seattle, WA 98121-2339
11092645      Target National Bank,   P.O. Box 59317,   Minneapolis, MN 55459-0317
11092646     +The Company Corporation,   2711 Centerville Road,   Wilmington, DE 19808-1646
11092648     +WASH MUTUAL/PROVIDIAN,   P.O. BOX 660509,   DALLAS, TX 75266-0509
11092655     +WM SPECIALTY MORTGAGE LLC,   C/O LAW OFFICES OF IRA T. NEVEL,   175 NORTH FRANKLIN ST. SUITE 201,
              Chicago, IL 60606-1847
11092649      Washington Mutual Card Services,   P.O. Box 660487,   Dallas, TX 75266-0487
11092650     +Wells Fargo,   P.O. Box 54349,   Los Angeles, CA 90054-0349
11092651     +Wells Fargo Card Services,   P.O. Box 9210,   Des Moines, IA 50306-9210
11092652     +Wells Fargo Financial,   3201 N 4TH AVE,   SIOUX FALLS, SD 57104-0700
11092653     +Wells Fargo Financial,   111 E NORTH AV,   GLENDALE HGTS, IL 60139-3746
11092654     +WellsFargo Financial,   111 E NORTH AV,   GLENDALE HGTS, IL 60139-3746
```

```
District/off: 0752-1          User: amcc7                  Page 2 of 2                    Date Rcvd: Mar 13, 2008
Case: 07-00135                Form ID: pdf002              Total Served: 75
```

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Mar 14, 2008.
```
11092599     +E-mail/Text: BANKRUPTCY@CITIRL.COM                              AMC MORTGAGE SERVICES,
              505 CITY PARKWAY SOUTH #10,    ACCT # 0840446,    Orange, CA 92868-2924
11266285      E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11610224      E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Mar 14 2008 04:34:39      ROUNDUP FUNDING, LLC,
              MS 550,   PO BOX 91121,    SEATTLE, WA 98111-9221
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Charles J Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
              Aurora, IL 60505-3338
                                                                                             TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2008**                **Signature:**   *Joseph Speetjens*