UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| NEIL A. OLIVER and | | |
| KATHLEEN M. OLIVER | | |
| | | CASE NO.  07 B 00135 |
| | ) | |
| Debtor. | ) | HONORABLE MANUEL BARBOSA |

**NOTICE OF FILING OF U.S. TRUSTEE'S**

**MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

**To:**  Charles J. Myler, Trustee
Registrant's e-mail: cmyler@mrmlaw.com

    **Please Take Notice** that on **September 26, 2008,** the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

    The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

                                                      WILLIAM T. NEARY
                                                      UNITED STATES TRUSTEE


DATED:    September 26, 2008        BY: /s/ Dean C. Harvalis
                                                      Dean C. Harvalis, Attorney
                                                      OFFICE OF THE U.S. TRUSTEE
                                                      219 SOUTH DEARBORN, ROOM 873
                                                      CHICAGO, ILLINOIS  60604
                                                      (312) 886-5785

**CERTIFICATE OF SERVICE**

    I, Dean C. Harvalis, Attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed. R. Civ. P. 5(a), service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on September 26, 2008.

                                                      /s/ Dean C. Harvalis